Jane M. Flynn, Bar No. 167466
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile: (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV 10-02761 JSW<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE JEFFREY S. WHITE<br><br>[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>[STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE DUE TO UNAVAILABILITY OF COUNSEL FOR DEFENDANT FILED CONCURRENTLY HEREWITH]<br><br>Complaint Filed: March 18, 2010<br>Trial Date: None Set |

For GOOD CAUSE SHOWN based upon the unavailability of counsel, the Court hereby continues the Case Management Conference to _October 29_____, 2010 at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The Joint Case Management Statement shall be filed no later than 5 court days prior to the Case Management Conference.

1 | The October 8, 2010 Case Management Conference set previously by the
2 | Court is hereby advanced and vacated.
3 | **IT IS SO ORDERED**.
4 | DATED: August 30, 2010

*Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2
[~~PROPOSED~~] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
CV 10-02761 JSW