# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Kambiz Adibzadeh,

                          Plaintiff(s),

                v.

Federal Express Corporation,

                          Defendant(s).
_____/

CASE NO. CV 10-02761 JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓     Private ADR *(please identify process and provider)*  Private medication

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓     other requested deadline  February 28, 2011

Dated: 9/15/2010

Dated: 9/15/2010

/s/ Michael J. Reed
Attorney for Plaintiff

[signature]
Attorney for Defendant

[PROPOSED] ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
        Mediation
✓       Private ADR

    Deadline for ADR session
        90 days from the date of this order.
✓       other   February 28, 2011

IT IS SO ORDERED.

Dated: September 17, 2010

                                            UNITED STATES DISTRICT JUDGE