1  Jane M. Flynn, Bar No. 167466
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4643
   Facsimile: (949) 862-4605
4  jane.flynn@fedex.com

5  Attorney for Defendant
   FEDERAL EXPRESS CORPORATION

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KAMBIZ ADIBZADEH, | Case No. CV 10-02761 JSW |
|---|---|
| Plaintiff, | ASSIGNED FOR ALL PURPOSES TO: JUDGE JEFFREY S. WHITE |
| v. | [PROPOSED] ORDER ASSIGNING CASE TO COURT'S ADR PROGRAM FOR MEDIATION AND CONTINUING ADR DEADLINE |
| FEDERAL EXPRESS CORPORATION and DOES 1-50, Inclusive, | |
| Defendants. | [STIPULATION FOR ASSIGNMENT TO ADR PROGRAM AND TO CONTINUE THE ADR DEADLINE FILED CONCURRENTLY HEREWITH] |
| | Complaint Filed: March 18, 2010 Trial Date: None Set |

For GOOD CAUSE SHOWN and pursuant to stipulation of the parties, the Court hereby assigns this matter to the Northern District's ADR program for assignment to a panel mediator, Kristen Maloney, and continues the deadline to complete mediation to June 7_____, 2011. The April 8, 2011 deadline to complete mediation previously set by the Court is hereby advanced and vacated.

**IT IS SO ORDERED**.

DATED: February 25, 2011

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER ASSIGNING THE CASE TO THE COURT'S ADR PROGRAM
AND CONTINUING THE DEADLINE TO COMPLETE ADR
CV 10-02761 JSW