Jane M. Flynn, Bar No. 167466
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile: (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV 10-02761 JSW<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE JEFFREY S. WHITE<br><br>**[PROPOSED] ORDER CONTINUING DATES IN THE CASE BY 90 DAYS**<br>**[STIPULATION TO CONTINUE THE DATES IN THE CASE BY 90 DAYS FILED CONCURRENTLY HEREWITH]**<br>**AS MODIFIED HEREIN**<br><br>Complaint Filed: March 18, 2010<br>Trial Date: December 5, 2011 |

For GOOD CAUSE SHOWN the Court hereby sets the following dates in the case:

1. Non-expert discovery cut-off September 30, 2011

2. Deadline to file motion to compel non-expert discovery October 7, 2011

3. Deadline to file dispositive motion October 24, 2011

   The motion must be noticed in accordance with the local rules.

4. Deadline to disclose expert witnesses November 15, 2011

5. Expert discovery cut-off December 30, 2011

[PROPOSED] ORDER CONTINUING DATES IN THE CASE BY 90 DAYS
CV 10-02761 JSW

1  6. Deadline to file expert discovery motion January 9, 2012

2  7. Pretrial Conference February 13, 2012

3  8. Trial March 5, 2012.

The Court reserves the right to continue the pretrial and trial dates pending resolution of any dispositive motions filed.

The dates previously set by the Court in its Scheduling Order are hereby advanced and vacated.

**IT IS SO ORDERED**.

DATED: June 9, 2011

*/s/ Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE