1  Jane M. Flynn, Bar No. 167466
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone: (949) 862-4643
   Facsimile: (949) 862-4605
4  jane.flynn@fedex.com

5  Attorney for Defendant
   FEDERAL EXPRESS CORPORATION

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV 10-02761 JSW<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE JEFFREY S. WHITE<br><br>[~~PROPOSED~~] **ORDER CONTINUING DATES IN THE CASE BY 90 DAYS**<br><br>[STIPULATION TO CONTINUE THE DATES IN THE CASE BY 90 DAYS FILED CONCURRENTLY HEREWITH] AS MODIFIED HEREIN<br><br>Complaint Filed: March 18, 2010<br>Trial Date: March 5, 2012 |

For GOOD CAUSE SHOWN the Court hereby sets the following dates in the case:

1. Non-expert discovery cut-off December 30, 2011

2. ~~Deadline to file motion to compel non-expert discovery January 6, 2012~~ Deadline to submit letter briefs regarding requests to compel non-expert discovery, January 6, 2012.

3. Deadline to file dispositive motion January 24, 2012

4. Deadline to disclose expert witnesses February 15, 2012

5. Expert discovery cut-off March 30, 2012

|   |   |
|---|---|
| 1 | Deadline to submit letter briefs re expert discovery disputes April 9, 2012 |
|   | 6. ~~Deadline to file expert discovery motion April 9, 2012~~ |
| 2 | 7. Pretrial Conference May 14, 2012 |
| 3 | 8. Trial June 4, 2012. |

The dates previously set by the Court in its Scheduling Order are hereby advanced and vacated.

**IT IS SO ORDERED**.

DATED: August 29, 2011

*[signature]*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

The Court reminds the parties that it holds its civil law and motion calendar on Fridays at 9:00 a.m.

The Court also reminds the parties that pursuant to its Civil Standing Orders, all discovery disputes must be presented by letter briefs.

Finally, the Court reminds the parties to review this Court's Guidelines for Civil Jury Trials, which sets forth the requirements for the filings that are due prior to the pretrial conference and the dates on which those filings are due.