Michael J. Reed, CA Bar No. 122324
60 Creek Tree Lane
Alamo, California 94507
Telephone: (925) 743-8353
Facsimile:  (734) 468-6168
mreed10202@aol.com

Attorneys for Plaintiff
KAMBIZ ADIBZADEH

Jane M. Flynn, Bar No. 167466
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone: (949) 862-4643
Facsimile:  (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATED DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EXPRESS CORPORATION and DOES 1-50, Inclusive,<br><br>　　　　　Defendants. | Case No. CV 10-02761 JSW<br><br>ASSIGNED FOR ALL PURPOSES TO: JUDGE JEFFREY S. WHITE<br><br>~~[PROPOSED ORDER]~~ TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION AND REPLY DATES **STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION AND REPLY DATES FILED CONCURRENTLY HEREWITH AND CONTINUING PRETRIAL AND TRIAL DATES**<br><br>Complaint Filed: March 18, 2010<br>Trial Date: June 4, 2012 |

　　　　For GOOD CAUSE SHOWN the Court hereby sets the following dates in the

case:

The MOTION for Summary Judgment or Partial Summary Judgment Hearing date for this motion be set for April 6, 2012 at 9:00 a.m. in Courtroom 11, 19th Floor, San Francisco with Plaintiff's opposition due by

March 12, 2012 and Defendant's Reply due by

March 23, 2012.

**The pretrial conference is CONTINUED from May 14, 2012 to June 25, 2012 at 2:00 p.m., and the trial is continued from June 4, 2012 to July 16, 2012 at 8:00 a.m.**

IT IS SO ORDERED

DATED: January 31, 2012

*Jeffrey S. White*
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

(D268.112)

---

2
[~~PROPOSED~~ ORDER] TO CONTINUE THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND OPPOSITION AND REPLY DATES

CV 10-02761 JSW