Michael J. Reed, CA Bar No. 122324
60 Creek Tree Lane
Alamo, California 94507
Telephone: (925) 743-8353
Facsimile:  (734) 468-6168
mreed10202@aol.com

Attorneys for Plaintiff
KAMBIZ ADIBZADEH

Jane M. Flynn, Bar No. 167466
**FEDERAL EXPRESS CORPORATION**
2601 Main Street, Suite 340
Irvine, California 92614
Telephone:  (949) 862-4643
Facsimile:   (949) 862-4605
jane.flynn@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

## UNITED STATED DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH,<br><br>        Plaintiff,<br><br>      v.<br><br>FEDERAL EXPRESS<br>CORPORATION and DOES 1-50,<br>Inclusive,<br><br>        Defendants. | Case No. CV 10-02761 JSW<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>JUDGE JEFFREY S. WHITE<br><br>~~[PROPOSED~~ ORDER] TO<br>**CONTINUE THE HEARING ON<br>DEFENDANT'S MOTION FOR<br>SUMMARY JUDGMENT AND<br>OPPOSITION AND REPLY DATES**<br><br>**STIPULATION TO CONTINUE THE<br>HEARING ON DEFENDANT'S<br>MOTION FOR SUMMARY<br>JUDGMENT AND OPPOSITION AND<br>REPLY DATES FILED<br>CONCURRENTLY HEREWITH**<br>AND CONTINUING PRETRIAL AND TRIAL<br>DATES<br>Complaint Filed:  March 18, 2010<br>Trial Date:  June 4, 2012 |

For GOOD CAUSE SHOWN the Court hereby sets the following dates in the

1    case:

2         The MOTION for Summary Judgment or Partial Summary Judgment

3    Hearing date for this motion be set for ___April 6, 2012 at 9:00 a.m._____ in

4    Courtroom 11, 19th Floor, San Francisco with Plaintiff's opposition due by

5

6    ___March 12, 2012_____ and Defendant's Reply due by

7

8    ___March 23, 2012_____. **The pretrial conference is CONTINUED from May 14, 2012 to June 25, 2012 at 2:00 p.m., and the trial is continued from June 4, 2012 to July 16, 2012 at 8:00 a.m.**

9         IT IS SO ORDERED

10

11   DATED:__January 31, 2012__         _____

12                                       HON. JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

13

14
     (D268.112)
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                       2