**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH, | No. C 10-02761 JSW |
| Plaintiff, | **ORDER VACATING HEARING, DENYING AS MOOT MOTIONS TO CHANGE TIME OF HEARING AND DIRECTING PLAINTIFF TO FILE RESPONSE TO OBJECTION TO EVIDENCE** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

This matter is scheduled for a hearing on April 13, 2012, regarding Defendant's motion for summary judgment. The Court finds the motion suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the Court VACATES the hearing date, and it DENIES AS MOOT Defendant's motion to change the time of the hearing.

Defendant has objected to Plaintiff's Exhibit A to the Declaration of Gelarah Rahbar and to Exhibit G to the Plaintiff's declaration, on the basis that the document was not produced during discovery. The Court HEREBY ORDERS Plaintiff to file a response to this objection, which shall not exceed three pages, by no later than April 13, 2012. The Court shall then deem the matter submitted, and it shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: April 10, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE