**United States District Court**
For the Northern District of California

1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   KAMBIZ ADIBZADEH,                    No.  C 10-02761 JSW

10          Plaintiff,                   **ORDER VACATING HEARING,**
                                         **DENYING AS MOOT MOTIONS**
11      v.                               **TO CHANGE TIME OF HEARING**
                                         **AND DIRECTING PLAINTIFF TO**
12  FEDERAL EXPRESS CORPORATION,         **FILE RESPONSE TO OBJECTION**
                                         **TO EVIDENCE**
13          Defendant.

14  _____/

15          This matter is scheduled for a hearing on April 13, 2012, regarding Defendant's motion

16  for summary judgment.  The Court finds the motion suitable for disposition without oral

17  argument.  *See* N.D. Civ. L.R. 7-1(b).  Accordingly, the Court VACATES the hearing date, and

18  it DENIES AS MOOT Defendant's motion to change the time of the hearing.

19          Defendant has objected to Plaintiff's Exhibit A to the Declaration of Gelarah Rahbar and

20  to Exhibit G to the Plaintiff's declaration, on the basis that the document was not produced

21  during discovery.  The Court HEREBY ORDERS Plaintiff to file a response to this objection,

22  which shall not exceed three pages, by no later than April 13, 2012.  The Court shall then deem

23  the matter submitted, and it shall issue a ruling in due course.

24          **IT IS SO ORDERED.**

25
    Dated: April 10, 2012
26                                       _____
                                         JEFFREY S. WHITE
27                                       UNITED STATES DISTRICT JUDGE

28