IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH, | No. C 10-02761 JSW |
| Plaintiff, | **ORDER** |
| v. | |
| FEDERAL EXPRESS CORPORATION, | |
| Defendant. | |

On April 10, 2012, the Court Ordered Plaintiff to file a response to Defendant's objection to a piece of evidence. In that Order, the Court stated that upon receipt of Plaintiff's response, the Court shall then deem the matter submitted, and it shall issue a ruling in due course.

On April 16, 2012, Defendant filed a response to Plaintiff's submission. Defendant did not seek permission to file its response, and the Court did not invite a reply from Defendant. In the interests of justice, the Court shall consider Defendant's response. **However, as the Court previously ordered, the matter was deemed submitted upon receipt of Plaintiff's response. The parties shall not file any further briefing in this case in this case without leave of Court.**

**IT IS SO ORDERED.**

Dated: April 17, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE