1 | Jane M. Flynn, Bar No. 167466
**FEDERAL EXPRESS CORPORATION**
2 | 2601 Main Street, Suite 340
Irvine, California 92614
3 | Telephone: (949) 862-4643
Facsimile: (949) 862-4605
4 | jane.flynn@fedex.com

5 | Attorneys for Defendant
FEDERAL EXPRESS CORPORATION

# UNITED STATED DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMBIZ ADIBZADEH,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION and DOES 1-50, Inclusive,<br><br>Defendants. | Case No. CV 10-02761 JSW<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JEFFREY S. WHITE<br><br>~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41**<br><br>**STIPULATION TO DISMISS FILED CONCURRENTLY HEREWITH**<br><br>Complaint Filed: March 18, 2010<br>Trial Date: July 16, 2012 |

Pursuant to Stipulation to Dismiss filed by the parties herein, the Court hereby orders the action dismissed in its entirety, with prejudice, each side to bear their own costs and attorney's fees.

SO ORDERED.

Dated: May 22, 2012          By: *[signature: Jeffrey S. White]*
                              HON. JEFFREY S. WHITE, JUDGE
                              UNITED STATES DISTRICT COURT

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
CV 10-02761 JSW