1  Jane M. Flynn, Bar No. 167466
   **FEDERAL EXPRESS CORPORATION**
2  2601 Main Street, Suite 340
   Irvine, California 92614
3  Telephone:  (949) 862-4643
   Facsimile:   (949) 862-4605
4  jane.flynn@fedex.com

5  Attorneys for Defendant
   FEDERAL EXPRESS CORPORATION

6

7

8             **UNITED STATED DISTRICT COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  KAMBIZ ADIBZADEH, | Case No. CV 10-02761 JSW |
| 12             Plaintiff, | ASSIGNED FOR ALL PURPOSES TO JUDGE JEFFREY S. WHITE |
| 13       v. | |
| 14  FEDERAL EXPRESS | ~~[PROPOSED]~~ **ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP 41** |
| 15  CORPORATION and DOES 1-50, Inclusive, | |
| 16             Defendants. | **STIPULATION TO DISMISS FILED CONCURRENTLY HEREWITH** |
| 17 | Complaint Filed:  March 18, 2010 Trial Date:   July 16, 2012 |
| 18 | |

19

20        Pursuant to Stipulation to Dismiss filed by the parties herein, the Court

21  hereby orders the action dismissed in its entirety, with prejudice, each side to bear

22  their own costs and attorney's fees.

23

24        SO ORDERED.

25  Dated: May 22 , 2012          By: _____
                                       HON. JEFFREY S. WHITE, JUDGE
26                                     UNITED STATES DISTRICT COURT

27

28